**Not for Publication in West's Federal Reporter**

# United States Court of Appeals
## For the First Circuit

————————————

No. 07-1784

HERMAN WINNY SUMILAT,
Petitioner,

v.

MICHAEL B. MUKASEY,
Respondent.

————————————

ON PETITION FOR REVIEW OF AN ORDER
OF THE BOARD OF IMMIGRATION APPEALS

————————————

Before

Boudin, <u>Chief Judge</u>.

Wallace,<sup>*</sup> <u>Senior Circuit Judge</u>,

and Howard, <u>Circuit Judge</u>.

————————————

        <u>Yang Wang</u> on brief for petitioner.
        <u>Paul Fiorino</u>, Office of Immigration Litigation, <u>Peter D. Keisler</u>, Assistant Attorney General, and <u>Richard M. Evans</u>, Assistant Director, on brief for respondent.

————————————

February 15, 2008

————————————

——————————

        <sup>*</sup> Of the Ninth Circuit, sitting by designation.

        **Per Curiam**.  In his petition to this court to review the decision of the Board of Immigration Appeals, Sumilat raises only one issue within our jurisdiction: whether there was substantial evidence to support the Board's finding that Sumilat failed to demonstrate he was eligible for withholding of removal. Substantial evidence supports the Board's decision, and the record does not compel a contrary conclusion.  See Wang v. Mukasey, 508 F.3d 80, 83 (1st Cir. 2007).  Although Sumilat also disputes the rejection of his asylum claim, the Board's finding that no changed circumstances existed to justify the untimely petition is a factual one over which we lack jurisdiction. 8 U.S.C. § 1158(a)(3); Silva v. Gonzales, 463 F.3d 68, 71-72 (1st Cir. 2006).  For the reasons stated by the Board, the petition for review is denied.

        It is so ordered.